CONNECTICUT SAVINGS AND LOAN ASSOCIATION *v.*
WILBERT MITCHELL ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

No appearance for the appellee (plaintiff).

*Mary V. McCarthy,* for the appellants (defendants Wilbert and Flora Mitchell).

Argued April 1—decided April 1, 1975

J. C. BURWELL, INC. *v.* LORRAINE MILES ET AL.

ALFRED L. MESSENGER, JR. *v.* LORRAINE MILES ET AL.

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Litchfield County is granted.

*Nicholas B. Eddy,* for the plaintiffs (appellees).
*James N. Egan,* for the appellants (defendants).

Argued April 1—decided April 1, 1975

REGINALD DURAND *v.* UNITED AIRCRAFT
CORPORATION ET AL.

The plaintiff having done nothing to defend against the defendants' appeal from the judgment of the Superior Court in New Haven County since the defendants' brief was filed in November, 1973, the defendants' motion for judgment sustaining their appeal is granted.

*George A. Downing,* for the appellants (defendants).

No appearance for the appellee (plaintiff).

Argued April 1—decided April 1, 1975